GARY M. RESTAINO
United States Attorney
District of Arizona
STUART J. ZANDER
California State Bar No. 276724
Assistant U.S. Attorney
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
Telephone: 602-514-7500
Email: Stuart.Zander@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Jesus Alexandro Sanchez-Armenta,<br>2. Reggie Arnez Ward,<br>3. Alexandra Yolanda Olvera,<br>4. Clarissa Lizbeth Gutierrez, and<br>5. Miguel Angel Hernandez,<br><br>Defendants. | No. CR-23.00259-PHX-DJH (MTM)<br><br>**INDICTMENT**<br><br>VIO: 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), (a)(1)(B)(i)<br>(Conspiracy to Transport Illegal Aliens for Profit)<br>Count 1 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning on an unknown date and continuing through on or about February 2, 2023, in the District of Arizona and elsewhere, defendants, JESUS ALEXANDRO SANCHEZ-ARMENTA, REGGIE ARNEZ WARD, ALEXANDRA YOLANDA OLVERA, CLARISSA LIZBETH GUTIERREZ, and MIGUEL ANGEL HERNANDEZ, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the grand jury to transport and move within the United States, and attempt to do the same, aliens who had come to, entered, and remained in the United States

in violation of law, by means of transportation and otherwise, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 28, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
STUART J. ZANDER
Assistant U.S. Attorney